IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
ANGEL RAMOS,                                             CASE NO.: 14-17333-LMI
a/k/a ANGEL R. RAMOS                                     CHAPTER 13
CARMEN RAMOS,

    Debtors.
_____/

## NOTICE OF APPEARANCE

Comes now Evan S. Singer, Esquire of the law firm of Timothy D. Padgett, P.A., and gives this Notice of Appearance on behalf of Green Tree Servicing LLC (MOVANT), a secured creditor

DATED April 23, 2014.

    Respectfully submitted,

    /S/ Evan S. Singer
    _____
    Evan S. Singer
    Fla. Bar ID: 101406
    Timothy D. Padgett, P.A.
    6267 Old Water Oak Road
    Suite 203
    Tallahassee, Florida 32312
    (850) 422-2520 (telephone)
    (850) 422-2567 (fax)
    ess@padgettlaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to **Angel Ramos and Carmen Ramos, Debtors**, 7530 W. 29 Avenue, Hialeah, FL 33018; and electronically to **Robert Sanchez, Esq.,** 355 W. 49 Street, Hialeah, FL 33012; **Nancy K. Neidich, Trustee**, PO Box 279806, Miramar, FL 33027; and **U.S. Trustee**, **United States Trustee**, 51 SW 1st Avenue, Miami, FL 33130, on this 23rd day of April, 2014.

    /S/ Evan S. Singer
    _____
    Evan S. Singer