# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
Second Amended plan

DEBTOR: Angel Ramos           JOINT DEBTOR: Carmen Ramos           CASE NO.: 14-17333-LMI
Last Four Digits of SS# 2442           Last Four Digits of SS# 6623

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 318.91   for months 1 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3650+1800 (LMM)=$5,450.00 TOTAL PAID $2,000.00
                  Balance Due $3,450.00 payable $ 86.25 /month (Months 1 to 40)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Green Tree
Address: 345 St. Peter St. L800R
St. Paul, MN 55102                     Lmm Payment          $ 190.00 /month  (Months 1 to 60)
Account No: xxxx4330

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                    Total Due $_____
                  Payable    $_____/month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 10.77/month (Months 1 to 40) and Pay $ 97.02/month (Months 41 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are paying Green Tree Servicing, LLC directly outside the plan. Debtors are paying Toyota Motor Credit Corporation directly outside the plan. Debtors assume the lease with Hyundai Motor Finance for their 2013 Hyundai Veloster. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. Debtor will object to all unsecured claims of the wife, joint debtor, Carmen Ramos.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.                    /s/ Robert Sanchez, Esq.
Attorney for the Debtor                     Attorney for the Joint Debtor
Date: 06-19-2014                            Date: 6-19-2014

LF-31 (rev. 01/08/10)