Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

+ 0512784 000005622 096C32 - 0926057
ROBERT SANCHEZ
355 W 49 ST.
HIALEAH FL 33012-3715

**HELP FOR AMERICA'S HOMEOWNERS.**


MAKING HOME AFFORDABLE

relationships that work
## green tree

You may be able to make your payments more affordable.
**Act now to get the help you need!**

September 18, 2014

ROBERT SANCHEZ
355 W 49 ST.
HIALEAH FL 33012-3715

Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

Re: Green Tree Servicing LLC ("Green Tree")
    Borrower Name:    ANGEL R. RAMOS
    Account Number:    401
    Property Address:    7530 W 29TH AVE
                           HIALEAH, FL 33018



Dear Robert Sanchez:

**Congratulations!** Your client is approved to enter into a trial period plan under the Home Affordable Modification Program. This is the first step towards qualifying for a more affordable mortgage payment. Please read this letter so that your client understands all of the steps they need to take to modify their mortgage payments.

**What your client needs to do...**
To accept this offer, your client must make their first monthly "trial period payment." To qualify for a permanent modification, your client must make the following trial period payments in a timely manner:

| | | |
|---|---|---|
| 1st payment: | $1,117.67 | by 11/01/2014 |
| 2nd payment: | $1,117.67 | by 12/01/2014 |
| 3rd payment: | $1,117.67 | by 01/01/2015 |

After all trial period payments are timely made and your client has met all of the applicable qualification requirements, their mortgage will then be permanently modified. (Your client's existing account and account requirements remain in effect and unchanged during the trial period). **If each payment is not received by Green Tree in the month in which it is due, this offer will end and your client's account will not be modified under the terms described in this offer.**

If your client is in bankruptcy and they are required to receive Bankruptcy Court approval of the modification, they may continue making their monthly Trial Period Plan payments until they receive approval. If your client is currently making their mortgage payments to a Trustee, they should continue to forward their monthly payment to the Chapter 13 Trustee.

If your client has any questions or if they cannot afford the trial period payments shown above, or if they have decided to leave their property but want to avoid foreclosure should their bankruptcy be discharged or dismissed, please call us at 1-800-643-0202 as we may be able to help them. (Also, please review the attached "Frequently Asked Questions".)

HAMP Trial Period Plan – Verified Active BK, 01/10/2014    YAHMPB04 1 1    LTR-632(ABK)

Green Tree has designated the following address where mortgage loan customers must send any Qualified Written Request, Notice of Error, or Request for Information: PO Box 6176 Rapid City SD 57709-6176.

Sincerely,

Green Tree
1-800-643-0202
Monday - Friday 7 a.m. to 8 p.m., and Saturday 7 a.m. to 1 p.m. CST

**BANKRUPTCY NOTICE** If your client is in bankruptcy or has been discharged in bankruptcy, this letter is for informational purposes only and is not intended to collect a debt, or an act to collect, assess, or recover all or any portion of the debt from your client.

Attachments: (1) Frequently Asked Questions and (2) Additional Trial Period Plan Information and Legal Notices.

The *Making Home Affordable Program* was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we - your mortgage servicer - and the Federal Government are working to offer you options to help you stay in your home.



HAMP Trial Period Plan – Verified Active BK, 01/10/2014       YAHMPB04 1.1       LTR-632(ABK)



**FREQUENTLY ASKED QUESTIONS** — Get the answers you need to some of the most common questions.

**Q. What else should my client know about this offer?**

- Your client will not be charged any fees for this trial period plan or a permanent modification.
- If your client's account is modified, we will waive all unpaid late charges.
- Your client may be required to attend credit counseling.

**Q. Why is there a trial period?**

The trial period offers your client immediate payment relief and gives them time to make sure they can manage the lower monthly mortgage payment. The trial period is temporary, and your client's existing account and account requirements remain in effect and unchanged during the trial period.

**Q. How was my client's new payment in the trial period determined?**

Your client's trial period payment is approximately 31% of their total gross monthly income, which we determined to be $3,599.76 based upon the income documentation they provided. If the account is successfully modified, your client's new payment also will be based on 31% of their gross income. In addition, if your client's existing payment includes mortgage insurance premiums, this amount will also be added to their payment. If we were able to permanently modify your client's account today, we estimate their modified interest rate would be 2.37500%. Your client's final modified interest rate may be different.



The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs. Your client's modified monthly payment may change if their property taxes and insurance premiums change. If your client does not have an escrow account before, the timing of their tax and insurance bills may require that they make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your client's account has an escrow shortage of $N/A; this can either be paid in a lump sum when the account is modified or over the next N/A months in an amount of $.00 per month in addition to your client's modified monthly mortgage payment. If your client wishes to pay the total shortage as a lump sum, please contact us at 1-800-643-0202.

**Q. When will I know if my client's account can be modified permanently and how will the modified account balance be determined?**

Once your client makes all of their trial period payments on time, we will send you a modification agreement detailing the terms of the modified account. Any difference between the amount of the trial period payments and your client's regular mortgage payments will be added to the balance of their account along with any other past due amounts as permitted by their account documents. While this will increase the total amount of the account balance, it should not significantly change the amount of their modified mortgage payment as that is determined based on their total monthly gross income, not their account balance.

**Q. Are there incentives that my client may qualify for if they are current with their new payments?**

Once your client's account is modified, they can earn a pay-for-success incentive for every month that they make on-time payments beginning with the trial period payments. Depending on your client's modified monthly payment, they may accrue up to $1,000 each year for five years for a total of $5,000. This important benefit, *which will be applied to your client's principal balance each year after the anniversary date of their first trial period payment due date*, will help them earn equity in their home by reducing the amount that they owe. However, your client must remain current on their account. Your client will lose this benefit if their modified account loses good standing, which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month, at any time during this five year period. If your client loses this benefit, they will lose all accrued, unapplied incentive payments.

Q. Will my client's interest rate and principal and interest payment be fixed after their account is permanently modified?

Once your client's account is modified, their interest rate and monthly principal and interest payment will be fixed for the life of their mortgage **unless** their initial modified interest rate is below current market interest rates. In that case, the below market interest rate will be fixed for five years. At the end of the fifth year, your client's interest rate may increase by 1% per year until it reaches a cap. The cap will equal the market rate of interest being charged by mortgage lenders on the day your client's modification agreement is prepared (the Freddie Mac Primary Mortgage Market Survey Rate for 30-year, fixed-rate conforming mortgages). Once your client's interest rate reaches the cap it will be fixed for the remaining life of their account. Your client's new monthly payment will also include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your client's homeowners insurance, property tax assessment or other escrowed expenses increases, their monthly payment will increase as well.

Q. What if my client has other questions about Home Affordable Modification that cannot be answered by their mortgage servicer?

Call the Homeowner's HOPE™ Hotline at **1-888-995-HOPE** (4673). This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



Q. What if my client is aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?

Please contact SIGTARP at 1-877-SIG-2009 (toll-free), 1-202-622-4559 (fax) or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, account number and reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220.



HAMP Trial Period Plan – Verified Active BK, 01/10/2014        YAHMPB04 1.1        LTR-632(ABK)

### Additional Trial Period Plan Information and Legal Notices

The terms of your client's trial period plan below are effective on the day they make their first trial period payment, provided they have paid it on or before November 1, 2014. Your client and we agree that:

**If your client's monthly payment did not include escrows for taxes and insurance, they are now required to do so:**

- Your client agrees that any prior waiver that allowed them to pay directly for taxes and insurance is revoked. Your client agrees to establish an escrow account and to pay required escrows into that account.

**Your client's current account documents remain in effect; however, they may make the trial period payment instead of the payment required under their account documents:**

- Your client agrees that all terms and provisions of their current mortgage note and mortgage security instrument remain in full force and effect and they will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the account documents.