

ORDERED in the Southern District of Florida on April 27, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
ANGEL RAMOS,                                    CASE NO.: 14-17333-LMI
a/k/a ANGEL R. RAMOS                            CHAPTER 13
CARMEN RAMOS,

    Debtors.
_____/

### ORDER GRANTING EX-PARTE MOTION TO APPROVE LOAN MODIFICATION AGREEMENT BETWEEN GREEN TREE SERVICING LLC AND DEBTOR *nunc pro tunc* MARCH 1, 2015

    This case came before the Court upon the Ex-Parte Motion to Approve Loan Modification Agreement between Green Tree Servicing LLC and Debtor *nunc pro tunc* [D.E. 69] . This Court having reviewed the Motion and being otherwise fully informed, it is ORDERED:

    1.    Ex-Parte Motion to Approve Loan Modification Agreement between Green Tree Servicing LLC and Debtor *nunc pro tunc* March 1, 2015 is GRANTED.

2. The permanent mortgage modification agreement with Green Tree Servicing LLC is approved, and the parties are ordered to comply with the terms of the agreement.

3. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

4. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

##

**Evan Singer, Attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**

This order prepared by:
Evan S. Singer
Timothy D. Padgett, P.A.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (phone)
(850) 422-2567 (fax)
ess@padgettlaw.net